**Order filed December 10, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00729-CR
_____

**ROBERT MICHAEL RILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 11CR2269**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1A, CPS recording, and State's Exhibit 21, DVD Interview of Defendant.**

The clerk of the 122nd District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 1A, CPS recording, and State's Exhibit 21, DVD Interview of Defendant,** on or before **December 20, 2013.**

The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 1A, CPS recording, and State's Exhibit 21, DVD Interview of Defendant,** to the clerk of the 122nd District Court.

PER CURIAM